# HECKLER & FRABIZZIO

ATTORNEYS AT LAW

THE CORPORATE PLAZA

800 DELAWARE AVENUE

SUITE 200

POST OFFICE BOX 128

WILMINGTON, DELAWARE 19899-0128

GEORGE B. HECKLER, JR.
ANTHONY M. FRABIZZIO
MARIA PARIS NEWILL
RICHARD D. ABRAMS
WILLIAM D. RIMMER*
DANIEL P. BENNETT
JOHN GILBERT*
DAVID R. BATMAN
JOHN W. MORGAN
TIMOTHY H. ROHS
MIRANDA D. CLIFTON
CHERYL A. WARD
STEPHEN J. MILEWSKI
CASEY W. LESIAK+

AREA CODE 302
573-4800

TELECOPIER
573-4806

*DELAWARE AND PENNSYLVANIA BAR
+PENNSYLVANIA BAR ONLY

June 6, 2005
Refer to:  PI04-15496

<u>ELECTRONIC FILING</u>
The Honorable Gregory M. Sleet
United States District Court
for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Room 4324, Lockbox 19
Wilmington, DE 19801

RE:    <u>Harleysville a/s/o KWNJ Management, Inc., et al. v.</u>
       <u>Daystar Sills and Eclipse Erectors</u>
       C.A. No. 04-260

Your Honor:

In response to the Court's letter dated May 26, 2005 regarding a status report in the above-referenced matter, please be advised that the parties have resolved the matter and a Stipulation of Dismissal will be filed shortly. If the Court has any questions, counsel is available at the Court's convenience.

Respectfully yours,

DANIEL P. BENNETT

DPB/bst/245295
cc:    R. Stokes Nolte, Esquire
       Michael Silverman, Esquire
       Kevin P. Smith, Esquire