## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

HARLEYSVILLE MUTUAL INSURANCE:     
COMPANY a/s/o KWNJ MANAGEMENT,:
INC., HARVEY DEVELOPMENT, INC.,  :         C.A. No. 04C-260-GMS
and DELAWARE RIVER INDUSTRIAL  :
PARK, LLC                           :

         Plaintiffs,         :

    v.                        :
                           :     JURY TRIAL OF
DAYSTAR SILLS, INC., and      :     TWELVE DEMANDED
ECLIPSE ERECTORS,          :

         Defendants.       :

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between all parties to this action by and through their undersigned counsel that this action is hereby dismissed with prejudice.

KEVIN P. SMITH    (PA BAR I.D.NO. 45482)
Law Offices of Robert A. Stutman, P.C.
275 Commerce Drive
Suite 304
Ft. Washington, PA 19034
Attorney for Plaintiff

MICHAEL I. SILVERMAN  (BAR I.D. NO.3034)
Silverman McDonald & Friedman
1010 N. Bancroft Parkway
Suite 22
Wilmington, DE 19805
Attorney for Defendant
Daystar Sills

R. STOKES NOLTE    (BAR I.D. NO. 2301)
Nolte & Associates
1010 N. Bancroft Parkway, Suite 21
Wilmington, DE 19805
Attorney for Defendant
Eclipse Erectors, Inc

3